UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCI GREENE,

         Plaintiff,

    v.

CITY OF SAN FRANCISCO, et al.,

         Defendants.

Case No. 25-cv-06556-WHO

**ORDER OF SERVICE**

On November 7, 2025, I ordered plaintiff Quinci Greene, proceeding pro se *in forma pauperis*, to file an amended complaint in this case within 30 days of the Order. *See* Order Adopting Report and Recommendation [Dkt. No. 19]. He has done so. *See* Amended Complaint [Dkt. No. 20].

The Clerk of the Court shall issue the summons and the United States Marshal shall serve, without prepayment of fees, a copy of the operative complaint in this matter (Dkt. No. 20), all attachments thereto, my prior Order Adopting Report and Recommendation (Dkt. No. 19), and the Honorable Joseph C. Spero's Report and Recommendations and Order granting plaintiff's application for leave to proceed in forma pauperis (Dkt. Nos. 17, 8), upon The City of San Francisco, the San Francisco Public Library, and the San Francisco Sheriff's Office. It is my assumption that the San Francisco Main Library Security office is a branch of one of the other defendants. The unnamed defendants cannot be served and are dismissed without prejudice (in the event their identities and roles in this case can be alleged).

**IT IS SO ORDERED.**

Dated: December 11, 2025

William H. Orrick
United States District Judge