UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCI GREENE,

          Plaintiff,

    v.

CITY OF SAN FRANCISCO, et al.,

          Defendants.

Case No. 25-cv-06556-WHO

**ORDER TO SHOW CAUSE**

On August 4, 2025, pro se plaintiff Quinci Greene filed a complaint against the City of San Francisco ("the City"), the San Francisco Main Library, the San Francisco Sherriff's Office, and a number of Doe security officer and law enforcement defendants. *See* Complaint [Dkt. No. 1]. After ordering Mr. Greene to file an amended complaint naming the Doe officers or move for early discovery to determine their identities, Mr. Greene filed an amended complaint on November 17, 2025, again alleging causes of action against unnamed officers. *See* Amended Complaint [Dkt. No. 20]. The City moved to dismiss the cause of action alleged against it, and Mr. Greene filed several documents in opposition that I construed to be a motion for early discovery.

Following a motion hearing on February 25, 2026, I granted both the City's motion to dismiss and Mr. Greene's motion for early discovery. *See* Minute Order [Dkt. No. 37]. I ordered that the City provide Mr. Greene with any incident reports in its possession related to the underlying incident, as well as any reports or information within its power to obtain from the Library, the Library Security Office, the San Francisco Police Department, and the San Francisco Sheriff's Office by March 12, 2026. *See id.* at 1. I also permitted Mr. Greene the opportunity to file a second amended complaint by April 14, 2026. *Id.* As of the date of this Order, no second amended complaint has been filed.

Mr. Greene is therefore ORDERED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute by **filing a second amended complaint or other response to this Order by May 15, 2026**.  If Mr. Greene does not file a response by that date, this case may be dismissed for failure to prosecute.  Fed. R. Civ. Proc. 41(b); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984).

**IT IS SO ORDERED.**

Dated: April 24, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California

2